UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:07-CR-065-RLH-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL HAYNES | ) | |
| | ) | |
| Defendant. | ) | |

FILED ENTERED
RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF #115), sentencing having been imposed on February 6, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $834,242.00

**Total Amount of Restitution ordered: $834,242.00\*\***
\*\*Joint and Several with co-defendat David Jett

Dated this _22_ day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE